# Court of Appeals
# of the State of Georgia

ATLANTA,  April 06, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1092. RONALD MARK CLARK v. THE STATE.

On February 2, 2021, the trial court entered an order denying Ronald Mark Clark's motion to recuse. Clark then filed a notice of appeal on February 10, 2021.[1] We, however, lack jurisdiction.

"Denials of motions to recuse are interlocutory in nature. An appeal of such an order requires compliance with the interlocutory appeal provisions of OCGA § 5-6-34 (b)," including obtaining a certificate of immediate review within ten days of the order sought to be appealed. See *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002); see also *Rolleston v. Glynn County Bd. of Tax Assessors*, 213 Ga. App. 552, 553 (445 SE2d 345) (1994). Clark's failure to comply with the interlocutory appeal

---

[1] On December 9, 2020, the trial court entered orders denying Clark's motion to vacate or correct illegal sentence and dismissing his motion for credit for time served. Pretermitting whether Clark has a right to directly appeal those trial court orders, his notice of appeal is untimely as to those orders. See OCGA § 5-6-38 (a) (a notice of appeal must be filed within 30 days after entry of an appealable order); *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995) (the proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court).

procedures and obtain a certificate of immediate review deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  04/06/2021*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*